# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

WILLIAM C. L.,

        Plaintiff,

v.                                    CIVIL ACTION NO.   2:25-cv-00115

FRANK BISIGNANO
Commissioner of Social Security,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to United States Magistrate Judge Omar Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On August 12, 2025, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendations [ECF No. 12] ("PF&R") and recommended that the court **GRANT** Plaintiff's request for remand, **DENY** the Commissioner's request to affirm the decision of the Commissioner, and **REVERSE** the final decision of the Commissioner. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** Plaintiff's request for remand, **DENIES** the Commissioner's request to affirm the decision, and **REVERSES** the final decision. This matter is **REMANDED** back to the Commissioner.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party and **REMAND** this matter back to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Proposed Findings and Recommendation.

ENTER:　　September 30, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE